1
2
3
4
5
6
7
8
9   **UNITED STATES DISTRICT COURT**
10  **CENTRAL DISTRICT OF CALIFORNIA**
11
12  PHILIP SALGADO,                         Case No. CV15-964-CAS(Ex)
13              Plaintiff,                  **[PROPOSED] ORDER ON**
                                            **STIPULATION OF DISMISSAL**
14      v.                                  **WITH PREJUDICE**
15  EZE CASTLE INTEGRATIONS, INC.,
    et al.,
16
                Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY ORDERED that the case Philip Salgado v. Eze Castle Integrations, Inc., Case No. CV15-964-CAS(Ex) is dismissed with prejudice.  Each party is to bear its own respective fees and costs.  All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED

DATED:  March 17, 2016

_____

JUDGE OF THE U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA